Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.M. a minor by and through her parent E.H.,<br><br>                        Plaintiff,<br><br>v.<br><br>ISSAQUAH SCHOOL DISTRICT,<br><br>                        Defendant. | No. 2:23-cv-01743-JLR<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE<br><br>~~[PROPOSED]~~ |

This matter comes before the Court on the parties' Stipulated Motion for Relief from Initial Case Scheduling Deadlines and to Set a Briefing Schedule ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**. The parties are relieved from the initial case scheduling deadlines set forth in the Court's Order dated December 18, 2023 (Dkt. #7).

The Court further **ORDERS** that the briefing schedule for resolution of Plaintiff's appeal be as follows:

- Plaintiffs' Opening Motion: due 60 days after certification of the administrative record, not to exceed 48 pages;

- The District's Response and Cross-Motion: due 45 days after Plaintiff's Opening Motion, not to exceed 48 pages;

- Plaintiffs' Response and Reply: due 30 days after the District's Opposition and Cross-Motion, not to exceed 20 pages; and

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE - 1

Cause No. 2:23-cv-01743-JLR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

- The District's Reply: due 30 days after Plaintiff's Opposition and Reply, not to exceed 20 pages.

The issue of Plaintiff's entitlement to attorneys' fees and costs, if any, is reserved until the merits of Plaintiff's appeal have been resolved.

DATED this  11th   day of January, 2024.

_____
Honorable James L. Robart

Presented by:

PACIFICA LAW GROUP LLP

By  /s/  Sarah S. Mack
    Sarah S. Mack, WSBA #32853
    Carlos A. Chavez, WSBA #34076
    Sarah C. Johnson, WSBA #34529
*Attorneys for Defendant Issaquah School District*

CEDAR LAW PLLC

By  /s/ Ryan P. Ford
    Ryan P. Ford, WSBA #50628
*Attornes for Plaintiff*

ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM INITIAL CASE SCHEDULING
DEADLINES AND TO SET A BRIEFING
SCHEDULE - 2

Cause No. 2:23-cv-01743-JLR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750