UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.M., A MINOR, BY AND THROUGH HER PARENT E.H.,<br><br>Plaintiff,<br><br>vs.<br><br>ISSAQUAH SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 2:23-cv-01743<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE |

This matter comes before the Court on R.M., a minor, by and through her parent, E.H., ("Plaintiffs"), and the Issaquah School District's ("Defendant") (together the "Parties") Stipulated Motion to Continue Briefing Schedule ("Stipulated Motion").

The Parties' Stipulated Motion is **GRANTED**. The parties are relieved from the briefing deadlines set forth in the Court's Order Granting Stipulated Motion for Relief from Initial Case Scheduling Deadlines and to set a Briefing Schedule dated January 11, 2024. Dkt. # 9.

The Court further **ORDERS** that the briefing schedule for resolution of Plaintiffs' appeal be as follows:

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE
NO. 22-2-02696-1 SEA -1

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

- Plaintiffs' Opening Motion: due 100 days after certification of the administrative record, not to exceed 48 pages;
- District's Response and Cross-Motion: due 45 days after Plaintiffs' Opening Motion, not to exceed 48 pages;
- Plaintiffs' Response and Reply: due 30 days after the District's Response and Cross-Motion, not to exceed 20 pages;
- District's Reply: due 30 days after Plaintiffs' Opposition and Reply, not to exceed 20 pages.

SIGNED this  6th  day of  March , 2024.

_____
HONORABLE JAMES L. ROBART

Presented by:

CEDAR LAW PLLC

By:  s/ Ryan Ford
Ryan P. Ford, WSBA 50628
*Attorneys for Plaintiffs*

PACIFICA LAW GROUP LLP

By:  s/ Sarah Mack
Sarah S. Mack, WSBA #32853
Carlos A. Chavez, WSBA #34076
Sarah C. Johnson, WSBA #34529
*Attorneys for Defendant Issaquah School District*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE
NO. 22-2-02696-1 SEA -2

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101