Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.M. a minor by and through her parent E.H., <br><br> Plaintiffs, <br><br> vs. <br><br> ISSAQUAH SCHOOL DISTRICT, <br><br> Defendant | No. 2:23-cv-01743 <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE AND SERVE FIRST AMENDED COMPLAINT AND PETITION FOR JUDICIAL REVIEW AND RECOVERY OF ATTORNEYS' FEES AND COSTS |

This matter comes before the Court on R.M. a minor by and through her parent E.H., ("Plaintiffs") Unopposed Motion for Leave to File and Serve First Amended Complaint and Petition for Judicial Review and Recovery of Attorney Fees and Costs.

**IT IS HEREBY ORDERED** that Plaintiffs have met their burden of demonstrating justice requires leave be granted. Accordingly, Plaintiffs' Unopposed Motion for Leave to File and Serve their First Amended Complaint and Petition for Judicial Review and Recovery of Attorneys' Fees and Costs is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs, consistent with Local Civil Rule 15 and

[PROPOSED] ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE AND SERVE FIRST AMENDED COMPLAINT AND PETITION FOR JUDICIAL REVIEW AND RECOVERY OF ATTORNEYS' FEES AND COSTS
2:23-CV-01743 - PAGE 1 OF 2

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

Fed. R. Civ. P. 5(b)(2)(E), shall file and serve their amended pleading on the Issaquah School District within 14 days of the filing of this Order and shall effect service of their Summons and First Amended Complaint and Petition for Judicial Review, and Recovery of Attorneys' Fees and Costs on the Washington State Office of Superintendent of Public Instruction within 45 days of the filing of this Order.

**IT IS FURTHER ORDERED** all other issues addressed in the Court's prior Orders remains in effect unless expressly amended herein.

Dated this  28th  day of   March  , 2024.

_____
HONORABLE JAMES L. ROBART

Presented by:

CEDAR LAW PLLC

By: _s/ Ryan Ford_____
Ryan P. Ford, WSBA 50628
Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE AND SERVE FIRST AMENDED COMPLAINT AND PETITION FOR JUDICIAL REVIEW AND RECOVERY OF ATTORNEYS' FEES AND COSTS
2:23-CV-01743 - PAGE 2 OF 2

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101