The Honorable JAMES L. ROBART

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| R.M. a minor by and through her parent E.H., ,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ISSAQUAH SCHOOL DISTRICT and WASHINGTON OFFICE OF SUPERINTENDENT OF PUBLIC INSTRUCTION,<br><br>　　　　　　Defendants. | NO. 2:23-cv-01743<br><br>~~[PROPOSED]~~<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE |

This matter comes before the Court on the Office of Superintendent of Public Instruction's (OSPI); R.M.'s, a minor, by and through her parent, E.H. (Plaintiff); and Issaquah School District's (the District) (together, the Parties) Stipulated Motion to Amend Briefing Schedule (Stipulated Motion).

The Parties' Stipulated Motion is GRANTED. The parties are relieved from the briefing deadlines set forth in the Court's Order Granting the Stipulated Motion to Continue Briefing Schedule dated March 6, 2024. Dkt. #15.

The Court further ORDERS that the briefing schedule shall be as follows:

ORDER GRANTING STIPULATED
MOTION TO AMEND BRIEFING
SCHEDULE
NO. 2:23-CV-01743

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

- OSPI's Motion for Judgment on the Pleadings: no later than July 1, 2024. Responsive briefing shall be governed by W.D. Loc. R. 7.
- District's Response to Plaintiff's Opening Brief and Cross-Motion and OSPI's Response to Plaintiff's Opening Brief and Cross-Motion, if any: due 45 days from the Court's ruling on OSPI's Motion for Judgment on the Pleadings; not to exceed 48 pages.
- Plaintiff's Response and Reply: Due 30 days after the District's Response and Cross-Motion; not to exceed 20 pages.
- District's Reply and OSPI's Reply, if any: due 30 days after Plaintiff's Response and Reply, not to exceed 20 pages.

DATED this __4th__ day of June, 2024.

_____
THE HONORABLE JAMES ROBART
United States District Court Western District of Washington

ORDER GRANTING STIPULATED
MOTION TO AMEND BRIEFING
SCHEDULE
NO. 2:23-CV-01743

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ *Anne C. Miller*
ANNE C, MILLER, WSBA No. 48355
Assistant Attorney General
*Attorneys for Defendant OSPI*

Approved for Entry by:

CEDAR LAW PLLC

/s/ *Ryan P. Ford*
RYAN P. FORD, WSBA No. 50628
*Attorneys for Plaintiff*

PACIFICA LAW GROUP

/s/ *Sarah S. Mack*
SARAH S. MACK, WSBA No. 32853
CARLOS A. CHAVEZ, WSBA No. 34076
SARAH C. JOHNSON, WSBA No. 34529
*Attorneys for Defendant Issaquah School District*

ORDER GRANTING STIPULATED
MOTION TO AMEND BRIEFING
SCHEDULE
NO. 2:23-CV-01743

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200